ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 JAN 10 A 8: 45

CLERK _BMcCarty_
SO. DIST. OF GA

| | |
|---|---|
| CARLOS ALBERTO SOTO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 306-092 |
| ) | |
| MICHAEL PUGH, Warden, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition is **DISMISSED**, this civil action shall be **CLOSED**, and a final judgment shall be **ENTERED** in favor of Respondent.

SO ORDERED this 9th day of January, 2007, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE